To Whom it May Concern,

I filed Chapter 13 in 2016 and was recently notified there is $607 belonging to me sitting with court registry. My case number is 16-12516.

The W-9 is attached and has my married name reflecting how I filed taxes last year (per the form). However, in 2016 when I filed the Chapter 13, I was not married and my last name was Cummins.

Mailing address is:
9079 Garrison Manor Dr.
Mechanicsville, VA 23116
Ph: 540.429.9410

*Danielle J. Noble*    06 Oct 2020
Danielle J. Noble